UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| CESAR MORAN | CIVIL ACTION NO: |
| VERSUS | 1:23-CV-381 |
| GENERAL MOTORS, LLC | |

### NOTICE OF SETTLEMENT

NOW INTO COURT, through undersigned counsel, comes the Plaintiff, CEASR MORAN (hereinafter "MORAN"), who respectfully notifies this Honorable Court that the parties have reached a settlement in this matter. Upon completion of the settlement documents, the parties will file a dismissal of the action.

**RESPECTFULLY SUBMITTED,**

**DUCK LAW FIRM, L.L.C.**

<u>/s/ *Kevin R. Duck*</u>
**KEVIN R. DUCK (LA23043)**
5040 Ambassador Caffery Parkway
Suite 200
Lafayette, Louisiana 70508
Telephone: (337) 406-1144
Facsimile: (337) 406-1050
Email: krd@ducklawfirm.com

**Attorney-in-Charge for Plaintiff,
CESAR MORAN**

### CERTIFCATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing document has been duly served upon all known counsel of record on this 30th day of June, 2023, via electronic mail.

/s/Kevin R. Duck
KEVIN DUCK
